## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ALABAMA
## SOUTHERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| **vs.** | ) | **Criminal Action No. 23-00022-KD-B** |
| | ) | |
| **RAIMUNDO CEDENO,** *et al.,* | ) | |
| | ) | |
| **Defendants.** | ) | |

### ORDER

This action is before the Court on the Motion to Dismiss (Joining Co-Defendant's Motion – Doc. 98) filed by **Defendant Argenis Carrion** (doc. 118, ¶ 2). Defendant Carrion moves to "join" and "adopt" Defendant Raimundo Cedeno's Motion to Dismiss the Indictment. To the extent that Carrion moves to "join" Cedeno's Motion (doc. 118, ¶ 1), his motion is denied.

However, the Court construes Carrion's Motion as a separate motion to dismiss wherein Carrion adopts the arguments raised by Cedeno. Accordingly, Defendant Carrion argues that the Indictment should be dismissed because the Maritime Drug Law Enforcement Act (MDLEA) 46 U.S.C. § 70501, *et seq.*, is unconstitutional on its face and as applied to him, and that his right to a speedy trial has been violated. See 18 U.S.C. § 3161, *et seq*.

Upon consideration, and for reasons set forth in the United States' response (doc. 109), which the Court adopts and incorporates as the rationale for its decision, **Carrion's** Motion to Dismiss is denied.

**DONE** and **ORDERED** this 25th day of April 2023.

> **/s / Kristi K. DuBose**
> **KRISTI K. DuBOSE**
> **UNITED STATES DISTRICT JUDGE**