IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| v. | ) CRIMINAL ACTION NO. 23-00022-KD |
| | ) |
| ARGENIS CARRION, | ) |
| | ) |
| Defendant. | ) |

**ORDER**

This action is before the Court on Defendant Argenis Carrion's Motion to File a Late Notice of Appeal (doc. 264). Upon consideration, and for the reasons set forth herein, the Motion is DISMISSED as MOOT.

Carrion was convicted and sentenced for violation of the Maritime Drug Law Enforcement Act. He states that he filed a motion to vacate pursuant to 28 U.S.C. § 2255 in November 2023, and "only recently became aware that the motion was denied." He explains that he and his co-defendant sent similar motions to vacate to the Court and the United States Attorney, but "he never received a response" and "never received a Court Order" (doc. 264). Carrion states that by "pure happenstance" he heard his co-defendant's motion was denied, [1] and now, he assumes that his motion was denied as well. Carrion points out that "he could not check the PACER system as he does not have access to the Internet" and that "it is still not clear to [him] that his motion was denied." (Id.). Carrion states that "he is filing the attached Notice of Appeal in the event" that it was denied. Carrion argues that his failure to timely file a notice of appeal was the result of excusable neglect, and he should be allowed to file a notice of appeal.

---

[1] Carrion's co-defendant Randy Gajadhar filed a motion to vacate (doc. 239). His motion was dated December 15, 2023. The United States filed its response (doc. 250) and Gajadhar replied in April 2024 (doc. 252). The motion remains pending before the Court.

Review of the docket indicates that Carrion's motion to vacate pursuant to 28 U.S.C. § 2255 was not docketed.² As a result, the Court has not entered any order regarding Carrion's § 2255 motion, and thus, there is no order from which to appeal. Accordingly, Carrion's Motion for Leave to file a Late Appeal is dismissed as moot.

**DONE** and **ORDERED** this the 23rd day of September 2024.

                                                      <u>s / Kristi K. DuBose</u>
                                                      **KRISTI K. DuBOSE**
                                                      **UNITED STATES DISTRICT JUDGE**

---

² The Court did receive and docket Carrion's a motion for reduction of sentence pursuant to 18 U.S.C. § 3582(c)(2). The motion was denied. Carrion's appeal was dismissed for lack of prosecution (doc. 261).